PATRICK J. CAROME (admitted *pro hac vice*)
SAMIR C. JAIN  (No. 181572)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
patrick.carome@wilmerhale.com
samir.jain@wilmerhale.com

MARK D. FLANAGAN (No. 130303)
NATHAN L. WALKER (No. 206128)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1117 California Ave.
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
mark.flanagan@wilmerhale.com
nathan.walker@wilmerhale.com

*Attorneys for Defendant AOL LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AOL LLC, <br><br> Defendant. | CASE NO. C 06-5866 SBA <br><br> **PROOF OF SERVICE** |

I, Patrick J. Carome, hereby certify that on this 20th day of November 2006, I caused a true and correct copy of the following documents:

**Defendant AOL LLC's Notice of Motion and Motion to Dismiss for Improper Venue, or in Alternative to Transfer For Improper Venue (28 U.S.C. § 1406(a)); and Memorandum of Points and Authorities in Support Thereof**

**Appendix to Defendant's Motion to Dismiss for Improper Venue, or in Alternative to Transfer For Improper Venue (28 U.S.C. § 1406(a)); and Memorandum of Points and Authorities in Support Thereof**

**Declaration of Hassan Sudler In Support of Defendant's Motion to Dismiss for Improper Venue, or in Alternative To Transfer for Improper Venue (28 U.S.C. § 1406(a)); and Exhibits A-H Attached Thereto**

**Proposed Order Granting Defendant AOL's Motion to Dismiss for Improper Venue**

to be served on the following counsel of record:

**By electronic mail via the Electronic Case Filing System:**

**Joseph J. Tabacco, Jr., Esq.**
**Christopher T. Heffelfinger, Esq.**
Berman DeValerio Pease & Tabacco, P.C.
425 California Street, Suite 2025
San Francisco, CA 94104
415-433-3200
Fax: 415-433-6382
cheffelfinger@bermanesq.com
jtabacco@bermanesq.com

**C. Oliver Burt, III, Esq.**
**Manuel Juan Dominguez, Esq.**
Berman DeValerio Pease Tabacco Burt & Pucillo
222 Lakeview Avenue
Suite 900
West Palm Beach, FL 33401
561-835-9400
Fax: 561-835-0322
cburt@bermanesq.com
mdominguez@bermanesq.com

**Richard Roy Wiebe, Esq.**
Law Office of Richard R. Wiebe
425 California Street
San Francisco, CA 94104
415-433-3200
Fax: 415-433-6382
wiebe@pacbell.net

PROOF OF SERVICE                                                                C-06-5866 SBA

**Via First Class Mail**

**Marc J. Greenspon, Esq.**
Berman DeValerio Pease Tabacco Burt & Pucillo
222 Lakeview Avenue
Suite 900
West Palm Beach, FL 33401
561-835-9400

**James K. Green, Esq.**
James K. Green P.A.
Suite 1650, Esperante
222 Lakeview Ave.
West Palm Beach, FL 33401
(561) 659-2029

                                                  _____/s/_____
                                                  Patrick J. Carome