Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DeVALERIO PEASE TABACCO
 BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, California 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

C. Oliver Burt, III (*Pro Hac Vice*)
Manuel J. Dominguez (*Pro Hac Vice*)
**BERMAN DeVALERIO PEASE TABACCO
 BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

*Counsel for Plaintiffs*

Patrick J. Carome (admitted P*ro Hac Vice*)
Samir C. Jain (No. 181572)
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
patrick.carome@wilmerhale.com
samir.jain@wilmerhale.com

*Attorneys for Defendant AOL LLC*
[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and Kasadore Ramkissoon, on Behalf of Themselves and all other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AOL LLC,<br><br>Defendant. | Case No. C-06-5866 (SBA)<br><br>**STIPULATION AND PROPOSED ORDER REGARDING FILING UNDER SEAL DOCUMENTS REVEALING THE IDENTITIES OF THE DOES** |

[C-06-5866 SBA] STIPULATION AND PROPOSED ORDER REGARDING FILING
UNDER SEAL DOCUMENTS REVEALING THE IDENTITIES OF THE DOES        -1-

WHEREAS Plaintiffs filed on September 22, 2006, a Class Action Complaint and Notice of Motion, Motion, and Memorandum of Points and Authorities in Support of Motion by Doe 1 and Doe 2 to Prosecute Case Anonymously and Request to File Declarations Under Seal ("Motion to Prosecute Case Anonymously" and "Request to File Declarations Under Seal," respectively);

WHEREAS on December 20, 2006, parties filed a Stipulation and Proposed Order concerning the Motion to Prosecute Case Anonymously and Request to File Declarations Under Seal (the "Stipulation & Proposed Order") (Doc. No. 24);

WHEREAS on December 22, 2006, the Court entered an Order allowing Plaintiffs Doe 1 and Doe 2 to prosecute the pretrial phases of this case using pseudonyms and without disclosing their identities on the public record (the "December 22, 2006 Order") (Doc. No. 25);

WHEREAS on January 9, 2007, plaintiffs, pursuant to court order, filed on behalf of Doe 1 and Doe 2 ADR certifications under seal and also provided the clerks office with redacted versions for the public record.

WHEREAS on January 10, 2007 counsel for plaintiff was notified by Judge Armstrong's clerk that the court's order of December 22, 2006 concerning the Doe prosecution was silent as to the filing of documents under seal that identify the Doe Plaintiffs, including but not limited to the ADR Certifications required by Civil L.R. 16-8(b) and ADR L.R. 3-5(b);

WHEREAS the parties have met and conferred on this issue;

IT IS HEREBY STIPULATED by Plaintiffs and AOL, through their respective attorneys of record, and subject to the approval of the Court, as follows:

[C-06-5866 SBA] STIPULATION AND PROPOSED ORDER REGARDING FILING
UNDER SEAL DOCUMENTS REVEALING THE IDENTITIES OF THE DOES                    -2 -

1. Whenever any party of this action wishes to file a document that reveals the identity of Doe 1 or Doe 2, such party shall be permitted to file such document under seal. This permission includes, in particular, the ADR Certifications pertaining to Doe 1 and Doe 2 that are required by Civil L.R. 16-8(b) and ADR L.R. 3-5(b).

2. A party who files a document under seal pursuant to paragraph 1 above shall also simultaneously file with the Court, on the public record, a redacted version of said document(s) that conceals only the portion of the document that identifies Doe 1 and/or Doe 2.

3. On the same day that any document is filed under seal pursuant to paragraph 1 above, the filing party shall serve on opposing counsel, via hand delivery or electronic mail, complete copies of both the unredacted and redacted versions of such documents.

Dated: January 30, 2007  Respectfully Submitted,

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By: _____/s/_____
C. Oliver Burt, III
Manuel J. Dominguez
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone:  (561) 835-9400
Facsimile:  (561) 835-0322
E-Mail: cburt@bermanesq.com
           mdominguez@bermanesq.com

Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
425 California Street, Suite 2100
San Francisco, California 94104-2205
Telephone:   (415) 433-3200
Facsimile:   (415) 433-6382
E-Mail: jtabacco@bermanesq.com
           cheffelfinger@bermanesq.com

**LAW OFFICE OF RICHARD R. WIEBE**
Richard R. Wiebe (121156)
425 California Street, Suite 2025

[C-06-5866 SBA] STIPULATION AND PROPOSED ORDER REGARDING FILING
UNDER SEAL DOCUMENTS REVEALING THE IDENTITIES OF THE DOES         -3 -

|   |   |
|---|---|
| 1 | San Francisco, CA 94104 |
| 2 | Telephone:  (415) 433-3200 |
|   | Facsimile:   (415) 433-6382 |
| 3 | E-Mail:  wiebe@pacbell.net |

**JAMES K. GREEN, P.A.**
James K. Green
222 Lakeview Avenue, Suite 1650
West Palm Beach, FL  33401
Telephone:  (561) 659-2029
Facsimile:  (561) 655-1357
E-Mail:  jameskgreen@bellsouth.net

*Counsel for Plaintiffs*

### E-Filing Attestation

I, C. Oliver Burt, III, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45 X.B, I hereby  attest that the signatory identified below has concurred in this filing.

Dated:  January 30, 2007

**WILMER CUTLER PICKERING
HALE AND DORR LLP**


By:  _____/s/_____
Patrick J. Carome

Patrick J. Carome (admitted *pro hac vice*)
Samir C. Jain (No. 181572)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
patrick.carome@wilmerhale.com
samir.jain@wilmerhale.com

Mark D. Flanagan (No. 130303)
Nathan L. Walker (No. 206128)
1117 California Ave.
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
mark.flanagan@wilmerhale.com
nathan.walker@wilmerhale.com

*Attorneys for AOL LLC*

[C-06-5866 SBA] STIPULATION AND PROPOSED ORDER REGARDING FILING
UNDER SEAL DOCUMENTS REVEALING THE IDENTITIES OF THE DOES        -4 -

**ORDER**

PURSUANT TO STIPULATION, AND CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED**.

Dated: ____2-9-_____, 2007

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

[C-06-5866 SBA] STIPULATION AND PROPOSED ORDER REGARDING FILING
UNDER SEAL DOCUMENTS REVEALING THE IDENTITIES OF THE DOES            -5 -