**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

KASADORE RAMKISSOON, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

AOL LLC,

        Defendant.

No. C 06-05866 SBA

**ORDER**

[Docket No. 58]

This Ninth Circuit having remanded this matter to this Court for further proceedings, the Clerk is instructed to REOPEN this matter. Further, the Court SETS a Case Management Conference for February 26, 2009, at 3:00 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

January 28, 2009

                                          Saundra Brown Armstrong
                                          United States District Judge