Joseph J. Tabacco, Jr. (No. 75484)
Christopher T. Heffelfinger (No. 118058)
BERMAN DeVALERIO
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:    (415) 433-3200
Facsimile:    (415) 433-6382

Manuel J. Dominguez (*Pro Hac Vice*)
BERMAN DeVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, Florida 33410
Telephone:    (561) 835-9400
Facsimile:    (561) 835-0322

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>AOL LLC,<br><br>　　　　　　　　*Defendant*. | CASE NO. C 06-5866 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**STIPULATION AND ORDER MODIFYING TIME FOR FILING RESPONSES AND HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

## **RECITALS**

WHEREAS, on June 29, 2009, Defendant AOL filed a Notice of Motion and 12(c) Motion for Judgment on the Pleadings (the "Motion For Judgment On The Pleadings");

WHEREAS, Plaintiffs assert that several of the issues raised in Defendant's Motion For Judgment On The Pleadings are currently before the Court in connection with the Court's July 6, 2009 Order Re Supplemental Briefing on Defendant's Motion to Implement Ninth Circuit's Mandate and the Parties' related briefing;

1  WHEREAS, Plaintiffs anticipate that the Court's ruling on Defendant's Motion to Implement Ninth Circuit's Mandate (the "Ruling") may impact their response to Defendant's Motion For Judgment On The Pleadings and, as such, would like the opportunity to assess the effect of the Court's Ruling on the Motion For Judgment On The Pleadings;

WHEREAS, as is specified in the accompanying Declaration of Manuel J. Dominguez, Plaintiffs proposed to Defendant that the Parties modify the time for opposition and reply briefs on the Motion For Judgment On The Pleadings as well as the hearing date of that Motion;

WHEREAS, the Parties have met and conferred regarding Plaintiffs' proposal and Defendant consents to that proposal.

WHEREAS, no time modifications in connection with the Motion For Judgment On The Pleadings have been previously requested, and the stipulated requested modifications would not otherwise alter the schedule for the case.

WHEREAS, pursuant to Local Rules 6-1 and 6-2, the undersigned Parties file this Stipulation and [Proposed] Order Modifying Time For Filing Responses And Hearing Date For Defendant's Motion for Judgment On The Pleadings.

## STIPULATION

IT IS THEREFORE STIPULATED by and between the Parties, acting through their counsel of record, that, subject to the Court's approval, the Parties' opposition and reply briefs to the Motion For Judgment On The Pleadings are due and the hearing date on the Motion For Judgment On The Pleadings are as follows:

September 29, 2009 – Modified deadline for Plaintiffs to file their opposition papers.

October 13, 2009 – Modified deadline for Defendants to file their reply papers.

December 8, 2009, 1:00 PM – Modified hearing date.

The parties so stipulate and request.

Dated:   August 19, 2009

Respectfully submitted,

|   |   |
|---|---|
| 1 | **BERMAN DeVALERIO** |
| 2 | |
| 3 | By: /s/ Manuel J. Dominguez |
| 4 | Manuel J. Dominguez (*Pro Hac Vice*)<br>C. Oliver Burt, III (*Pro Hac Vice*) |
| 5 | Marc J. Greenspon<br>Daniel A. Bushell |
| 6 | 4280 Professional Center Drive, Suite 350<br>Palm Beach Gardens, Florida 33410 |
| 7 | Telephone: (561) 835-9400<br>Facsimile:  (561) 835-0322 |
| 8 | E-Mail:    mdominguez@bermandevalerio.com<br>                cburt@bermandevalerio.com<br>                mgreenspon@bermandevalerio.com |
| 9 | dbushell@bermandevalerio.com |

1   **BERMAN DeVALERIO**

2

3   By: /s/ Manuel J. Dominguez

4   Manuel J. Dominguez (*Pro Hac Vice*)
    C. Oliver Burt, III (*Pro Hac Vice*)
5   Marc J. Greenspon
    Daniel A. Bushell
6   4280 Professional Center Drive, Suite 350
    Palm Beach Gardens, Florida 33410
7   Telephone: (561) 835-9400
    Facsimile:  (561) 835-0322
8   E-Mail:    mdominguez@bermandevalerio.com
               cburt@bermandevalerio.com
               mgreenspon@bermandevalerio.com
9              dbushell@bermandevalerio.com

10  Joseph J. Tabacco, Jr. (75484)
    Christopher T. Heffelfinger (118058)
11  425 California Street, Suite 2100
    San Francisco, California 94104-2205
12  Telephone:  (415) 433-3200
    Facsimile:   (415) 433-6382
13  E-Mail:    jtabacco@bermandevalerio.com
               cheffelfinger@bermandevalerio.com
14
    LAW OFFICE OF RICHARD R. WIEBE
15  Richard R. Wiebe
    425 California Street, Suite 2025
16  San Francisco, California  94104
    Telephone: (415) 433-3200
17  Facsimile: (415) 433-6382
    Email:     wiebe@pacbell.net
18
    JAMES K. GREEN, P.A.
19  James K. Green (*Pro Hac Vice*)
    222 Lakeview Avenue, Suite 1650
20  West Palm Beach, Florida 33401
    Telephone: (561) 659-2029
21  Facsimile: (561) 655-1357
    Email:     jameskgreen@bellsouth.net
22
    *Counsel for Plaintiffs*

23

24

25

26

27

28

[C-06-5866 SBA] STIPULATION AND
[PROPOSED] ORDER MODIFYING TIME
FOR FILING RESPONSES AND HEARING DATE          3

**E-Filing Attestation**

I, Manuel J. Dominguez, am the ECF User whose login and password are being used to file this document.  In compliance with General order 45 X.B., I hereby attest that the signatory identified below has concurred in this filing.

      /s/Manuel J. Dominguez
      Manuel J. Dominguez

KIRKLAND & ELLIS LLP

By   /s/ Joseph Serino. Jr.
     Joseph Serino, Jr.

Andrew G. Horne
David S. Flugman
Adam Fotiades
*all admitted pro hac vice*
601 Lexington Avenue
New York, New York 10022
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	jserino@kirkland.com
	ahorne@kirkand.com
	dflugman@kirkland.com
	afotiades@kirkland.com

Elizabeth L. Deeley
San Francisco, California 94104
Telephone:	(415) 439-1400
Facsimile:	(415) 439-1500
Email:	edeeley@kirkland.com

*Attorneys for AOL LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _8/25/09	_____

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

[C-06-5866 SBA] STIPULATION AND
[PROPOSED] ORDER MODIFYING TIME
FOR FILING RESPONSES AND HEARING DATE		4