1  TONY WEST
   Assistant Attorney General
2  JOSEPH P. RUSSONIELLO
   United States Attorney
3  JOHN R. GRIFFITHS
   Assistant Branch Director
4  ALEXANDER K. HAAS (SBN 220932)
   Trial Attorney
5  U.S. Department of Justice
   Civil Division, Federal Programs Branch
6  20 Massachusetts Ave. N.W., Room 7142
   Washington, D.C. 20001
7  Tel: (202) 307-3937 — Fax: (202) 616-8470
   Email: alexander.haas@usdoj.gov
8  *Attorneys for the United States*

9                    **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                           **OAKLAND DIVISION**

12   ———————————————————————————— )
                                             )
13  DOE 1, DOE 2, and KASADORE              )
    RAMKISSOON, on Behalf of Themselves and )   **Case No. 4:06-cv-05866-SBA**
14  all other Persons Similarly Situated,    )
                                             )   **STIPULATION PERMITTING**
15                   Plaintiffs,             )   **THE UNITED STATES TO**
                                             )   **INTERVENE**
16          v.                               )
                                             )
17  AOL LLC,                                 )
                                             )
18                   Defendant.              )
     ———————————————————————————— )
19
        The United States and the parties, through their undersigned counsel, hereby stipulate to it
20
    to the intervention of the United States, as a matter of right, and limited to defending the
21
    constitutionality of an act of Congress.  The United States respectfully requests that the Court
22
    enter the order below and allow the United States to intervene.
23
                                      **RECITALS**
24
        1.      Defendant has challenged in part the constitutionality of Title II of the Electronic
25
    Communications Privacy Act of 1986, commonly known as the Stored Communications Act
26
    (SCA), Pub. L. 99-508, ch. 121, §§ 201, *et. seq.*, *codified as amended* at 18 U.S.C. § 2701, *et.*
27
    *seq.*, in its motion for judgment on the pleadings filed June 29, 2009.  *See* Dkt. 100 at 10-12.
28
    Defendant has also filed a notice of constitutional challenge, *see* Dkt. 102.

---

**Stipulation Permitting the United States to Intervene, 06-cv-5866 (SBA)**                    1

1    2.    Section 2403(a) of Title 28 of the U.S. Code provides that:

2
3
4
5

> In any action, suit or proceeding in a court of the United States to which the United States or any agency, officer or employee thereof is not a party, wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court . . . shall permit the United States to intervene for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality.

6    3.    The Federal Rules of Civil Procedure authorize intervention as of right "when a

7 statute of the United States confers an unconditional right to intervene."  Fed. R. Civ. P. 24(a)(1).

8    4.    By way of this filing, the United States seeks to intervene to address the

9 constitutionality of the SCA.

10    5.    The United States' brief supporting the constitutionality of the SCA is being filed

11 concurrently herewith.

**STIPULATION**

13 The Plaintiffs, Defendant, and the United States, through their attorneys of record, hereby

14 stipulate and request that the Court make this stipulation an order of the Court:

15    1.    The United States shall be permitted to intervene in the above-captioned action

16 pursuant to Federal Rule of Civil Procedure 24.

17 Dated:  October 13, 2009    Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

  */s/ Alexander K. Haas*
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W., Room 7142
Washington, D.C. 20001
Tel: (202) 307-3937 — Fax: (202) 616-8470
Email: alexander.haas@usdoj.gov
*Attorneys for the United States*

1

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2     I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I

3 have obtained the concurrence in the filing of this document from each of the other signatories

4 listed below.

5     I declare under penalty of perjury that the foregoing declaration is true and correct.

6     Executed on October 13, 2009, in the City of Washington, District of Columbia.

7                                             TONY WEST
                                              Assistant Attorney General
8                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
9                                             JOHN GRIFFITHS
                                              Assistant Branch Director
10
                                              By:      */s/ Alexander K. Haas*
11                                            ALEXANDER K. HAAS (SBN 220932)
                                              Trial Attorney
12                                            U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
13                                            20 Massachusetts Ave. N.W., Room 7142
                                              Washington, D.C. 20001
14                                            Tel: (202) 307-3937 — Fax: (202) 616-8470
                                              Email: alexander.haas@usdoj.gov
15                                            *Attorneys for the United States*

16
                                              BERMAN DeVALERIO
17                                            Joseph J. Tabacco, Jr. (No. 75484)
                                              Christopher T. Heffelfinger (No. 118058)
18                                            425 California Street, Suite 2100
                                              San Francisco, California 94104
19                                            Telephone: (415) 433-3200—Fax: (415) 433-6382

20
                                              Manuel J. Dominguez (Pro Hac Vice)
21                                            C. Oliver Burt, III (*Pro Hac Vice*)
                                              Marc J. Greenspon
22                                            Daniel A. Bushell
                                              4280 Professional Center Drive, Suite 350
23                                            Palm Beach Gardens, Florida 33410
                                              Telephone: (561) 835-9400—Fax: (561) 835-0322
24
                                              By: */s Manuel J. Dominguez*
25                                            *Attorneys for Plaintiffs*

26
                                              KIRKLAND & ELLIS LLP
27
                                              By: */s/ Joseph Serino. Jr.*
28                                            Joseph Serino, Jr.
                                              Andrew G. Horne
                                              David S. Flugman

1
Adam Fotiades
all admitted pro hac vice
2
601 Lexington Avenue
New York, New York 10022
3
Telephone: (212) 446-4800—Fax: (212) 446-4900
Email: jserino@kirkland.com
4
Elizabeth L. Deeley
5
San Francisco, California 94104
Telephone: (415) 439-1400—Fax: (415) 439-1500
6
Email: edeeley@kirkland.com
*Attorneys for AOL LLC*
7

8

9

10

11

12

13
**[PROPOSED] ORDER**

14
Pursuant to the foregoing stipulation, it is hereby ORDERED that:

15
1.      The United States shall be permitted to intervene in the above-captioned

action pursuant to Federal Rule of Civil Procedure 24.
16
IT IS SO ORDERED.
17

18
Dated:  _10/26____, 2009.

19
_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge
20

21

22

23

24

25

26

27

28