UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL LLC,<br><br>Defendant. | Case No: C 06-5866 SBA<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE SURREPLY**<br><br>[Docket 140] |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's request to file a surreply in connection with Defendant's motion to implement the Ninth Circuit's mandate is GRANTED. This Order terminates Docket 140.

IT IS SO ORDERED.

Dated: December 28, 2009

                                          HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Judge