UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>AOL LLC,<br><br>　　　　　Defendant. | Case No:  C 06-5866 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND DENYING DEFENDANT'S MOTION FOR ENTRY OF ORDER OF PRETRIAL PREPARATION**<br><br>Docket 159 |

　　　　Defendant has filed a Motion for Entry of an Order for Pretrial Preparation.  Defendant claims that Plaintiffs have refused to cooperate in the scheduling of this case for trial, and therefore, it has filed the instant motion in order to move this case forward.  The Court agrees that the case should be scheduled in accordance with Federal Rule of Civil Procedure 16(b).  However, it is more appropriate to schedule this matter through a Case Management Conference.  Accordingly,

　　　　IT IS HEREBY ORDERED THAT the parties shall appear for a telephonic Case Management Conference on **May 5, 2010 at 2:30 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than five (5) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  **The failure to meet and confer and timely file a Case Management Conference Statement may result in the imposition of sanctions**.  All parties

1 | shall be on the line and shall call (510) 637-3559 at the above indicated date and time.
2 | Defendant's Motion for Entry of an Order for Pretrial Preparation (Docket 159) is DENIED as
3 | moot.
4 |        IT IS SO ORDERED.
5 | Dated:  April 6, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge