**FILED**

JUN 17 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: KASADORE RAMKISSOON; et al., <br><br> ------------------------------------------------ <br><br> DOE 1, DOE 2, and KASADORE RAMKISSOON, on behalf of Themselves and all others similarly situated, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA (OAKLAND), <br><br> Respondent, <br><br> AOL LLC, <br><br> Real Party in Interest, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor. | No. 10-70798 <br><br> D.C. No. 4:06-cv-05866-SBA Northern District of California, Oakland <br><br><br> ORDER |

Before: LEAVY, CALLAHAN and N.R. SMITH, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of

this court by means of the extraordinary remedy of mandamus, because petitioners

AW/MOATT

have failed to demonstrate why they cannot seek a final judgment and pursue an appeal of the issues raised in this petition. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

Accordingly, the petition is denied.