UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE I, DOE 2, AND KASADORE RAMKISSOON, on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>AOL LLC,<br><br>Defendant(s). | No. C 06-05866 SBA (JCS)<br><br>**ORDER GRANTING IN PART, DENYING IN PART JOINT LETTER [Docket No. 179]** |

On July 20, 2010, the parties filed a Joint Letter Brief Requesting Resolution of Discovery Disputes (the "Joint Letter") [Docket No. 179].

On July 23, 2010, a telephonic hearing was held on the Joint Letter. Manuel Dominguez, counsel for Doe 1, et al, appeared. Andrew Horne and Joseph Serino, Jr., counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that Plaintiffs shall answer Interrogatory Number 12 on or before August 6, 2010, and the information contained in those answers shall be treated as Attorneys' Eyes Only under the protective order in this case. No deposition may be taken of the persons identified in these answers, other than a deposition on written questions, without further leave of court. The application to exceed the number of depositions allowed by the Federal Rules of Civil Procedure is denied without prejudice.

IT IS SO ORDERED.

Dated: July 27, 2010

JOSEPH C. SPERO
United States Magistrate Judge