Joseph Serino, Jr.
Andrew G. Horne
David S. Flugman
Adam L. Fotiades
   *All admitted pro hac vice*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

-- *and* --

Elizabeth L. Deeley (230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500

*Attorneys for Defendant AOL LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AOL LLC,<br><br>*Defendant*. | CASE NO. C 06-5866 (SBA) (JCS)<br><br>[~~XXXXXXXX~~] **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

This matter is before the Court on Defendant AOL LLC's ("AOL") Administrative Motion to Seal Documents. The Court has considered AOL's motion, the Declaration of Andrew G. Horne in support thereof, and the documents AOL proposes to file under seal, together with the Stipulated Protective Order entered by Magistrate Judge Spero on September 28, 2009 (Dkt. 125) and the Stipulation and Order Regarding Filing Under Seal Documents Revealing the Identities of the Does

entered by this Court on February 9, 2007 (Dkt. 47), and has been advised that Plaintiffs do not oppose the relief requested in the motion.

Having reviewed the documents in question, the Court finds that they include material that is confidential, proprietary, and commercially sensitive to AOL or may tend to disclose information about the Doe Plaintiffs. Accordingly, the Court finds that good cause exists for allowing these documents to be filed under seal and GRANTS AOL's Administrative Motion. The submissions AOL has filed under seal with the Clerk, including their Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and the papers in support thereof, are deemed filed, and shall remain under seal. AOL shall e-file their documents consistent with this Order and in accordance with General Order No. 62.

.

**IT IS SO ORDERED.**

Dated: 10/12/10

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER - 2
CASE NO. C 06-5866 (SBA) (JCS)