UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated,<br>      Plaintiffs,<br>  v.<br>AOL LLC,<br>      Defendant. | CASE NO. C 06-5866 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

FOR GOOD CAUSE SHOWN, the Court hereby grants Plaintiffs' Unopposed Motion for Extension of Time for Plaintiffs to File Reply Memorandum in Support of Plaintiffs' Motion for Class Certification. Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Class Certification must be filed by October 26, 2010. **The hearing on the motion for class certification is CONTINUED from November 16, 2010 to <u>December 14, 2010 at 1:00 p.m.</u>** The Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether an appearance on the motion is required. This Order terminates Docket 196.

  **IT IS SO ORDERED.**

Dated: 10/12/10

                _/s/ Saundra B Armstrong_
                HON. SAUNDRA BROWN ARMSTRONG
                United States District Judge

[C 06-5866 SBA]
**[PROPOSED] ORDER EXTENDING TIME**