Joseph J. Tabacco, Jr. (No. 75484)
Christopher T. Heffelfinger (No. 118058)
BERMAN DeVALERIO
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Manuel J. Dominguez (*Pro Hac Vice*)
BERMAN DeVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AOL LLC,<br><br>　　　　　　Defendant. | CASE NO. C 06-5866 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**JOINT STIPULATION and ORDER FOR A LIMITED EXTENSION OF DISCOVERY DEADLINE** |

[C 06-5866 SBA]
**JOINT STIPULATION and
[PROPOSED] ORDER FOR
A LIMITED EXTENSION
OF DISCOVERY DEADLINE**

## **RECITALS**

1. WHEREAS the Court has ordered that all discovery, except for expert discovery, shall be completed and all depositions taken before November 5, 2010.

2. WHEREAS the parties have been working diligently to meet the November 5, 2010 discovery deadline.

3. WHEREAS because of scheduling conflicts beyond the parties' control, the deposition of one non-party witness (John Kannapell) could not be scheduled until November 10, 2010.

4. WHEREAS in the course of discovery, numerous discovery disputes have arisen that the parties were able to resolve through the meet-and-confer process.

5. WHEREAS there are several outstanding discovery disputes that the parties have not been able to resolve through the meet and confer process.

6. WHEREAS Plaintiffs have indicated their intent to seek the intervention of Magistrate Judge Spero with respect to those remaining discovery disputes, in accordance with Magistrate Judge Spero's Standing Order on Discovery Disputes.

7. WHEREAS should Magistrate Judge Spero order AOL to produce additional documents it may take additional time for AOL to comply with such an order.

8. WHEREAS the parties have not previously requested any extension of time with respect to the discovery deadline.

9. WHEREAS the requested time modification would not have any other effect on the schedule for the case.

IT IS THEREFORE STIPULATED by and between the parties, acting through their counsel of record, that, subject to the Court's approval, the discovery deadline be extended by thirty-one (31) days, until December 6, 2010, for the limited purpose of allowing Plaintiffs to

[C 06-5866 SBA]
**JOINT STIPULATION and [PROPOSED] ORDER FOR A LIMITED EXTENSION OF DISCOVERY DEADLINE**

take the deposition of John Kannapell and allowing AOL to comply with any order entered by

Magistrate Judge Spero with respect to any outstanding discovery disputes.

SO STIPULATED

Dated:	November 8, 2010

| /s/ Manuel J. Dominguez | /s/ Joseph Serino, Jr. |
|---|---|
| Joseph J. Tabacco, Jr. (75484)<br>Christopher T. Heffelfinger (118058)<br>BERMAN DeVALERIO<br>One California Street, Suite 900<br>San Francisco, California 94104<br>Telephone:	(415) 433-3200<br>Facsimile:	(415) 433-6382<br><br>Manuel J. Dominguez (*pro hac vice*)<br>C. Oliver Burt, III<br>BERMAN DeVALERIO<br>4280 Professional Center Drive, Suite 350<br>Palm Beach Gardens, Florida 33410<br>Telephone:	(561) 835-9400<br>Facsimile:	(561) 835-0322<br><br>Nathaniel L. Orenstein (*pro hac vice*)<br>BERMAN DeVALERIO<br>1 Liberty Square<br>Boston, Massachusetts  02109<br>Telephone:	(617) 542-8300<br>Facsimile:	(617) 542-1194<br><br>Richard R. Wiebe (121156)<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, California 94111<br>Telephone:	(415) 439-1400<br>Facsimile:	(415) 439-1500<br><br>James K. Green<br>JAMES K. GREEN, P.A.<br>222 Lakeview Avenue, Suite 1650<br>West Palm Beach, Florida 33401<br><br>*Attorneys for Plaintiffs* | Joseph Serino, Jr.<br>Andrew G. Horne<br>Adam L. Fotiades<br>David S. Flugman<br>	*All admitted pro hac vice*<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:	(212) 446-4800<br>Facsimile:	(212) 446-4900<br><br>-- *and* --<br><br>Elizabeth L. Deeley (230798)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br><br><br>*Attorneys for Defendant* |

[C 06-5866 SBA]
**JOINT STIPULATION and [PROPOSED] ORDER FOR A LIMITED EXTENSION OF DISCOVERY DEADLINE**

**E-Filing Attestation**

I, Nathaniel L. Orenstein, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B, I hereby attest that the signatory identified below concurred in its filing.

/s/Nathaniel L. Orenstein
Nathaniel L. Orenstein
(*Pro Hac Vice*)

KIRKLAND & ELLIS LLP

By   Joseph Serino, Jr.
Joseph Serino, Jr.
(*Pro Hac Vice*)

Joseph Serino, Jr.
Andrew G. Horne
David S. Flugman
Adam Fotiades
*all admitted pro hac vice*
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            jserino@kirkland.com
                     ahorne@kirkand.com
                     dflugman@kirkland.com
                     afotiades@kirkland.com

Elizabeth L. Deeley
555 California Street
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email:            edeeley@kirkland.com

*Attorneys for AOL LLC*

**ORDER**

IT IS SO ORDERED.

Dated: 11/5/10

THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

[C 06-5866 SBA]
**JOINT STIPULATION and [PROPOSED] ORDER FOR A LIMITED EXTENSION OF DISCOVERY DEADLINE**