UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AOL LLC,<br><br>Defendant. | CASE NO. C 06-5866 SBA<br><br>Honorable Joseph C. Spero<br><br>**[~~PROPOSED~~] ORDER REQUIRING PRODUCTION** |

FOR GOOD CAUSE SHOWN, the Court hereby orders Defendant AOL to produce copies of the data available for download from research.aol.com.  Moreover, the Court hereby orders Defendant AOL to produce the documents listed on AOL's Electronic Privilege Log under KE_N00033411 – 12, 14 – 33 and 35, as well as those portions of the document with Bates number AOL-R002205 that reflect search queries, in unredacted form.

**IT IS SO ORDERED.**

Dated: __11/12/10_____

_____
Honorable Joseph C. Spero
United States Magistrate Judge

[C-06-5866 SBA]
[~~PROPOSED~~] ORDER
REQUIRING PRODUCTION

1