Joseph J. Tabacco, Jr. (No. 75484)
Christopher T. Heffelfinger  (No. 118058)
BERMAN DeVALERIO
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Manuel J. Dominguez (*Pro Hac Vice*)
BERMAN DeVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated,<br><br>                Plaintiffs,<br><br>          v.<br><br>AOL LLC,<br><br>                Defendant. | CASE NO. C 06-5866 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**JOINT STIPULATION and ORDER FOR EXTENSION OF EXPERT DISCOVERY** |

[C 06-5866 SBA]
**JOINT STIPULATION and [PROPOSED] ORDER FOR EXTENSION OF EXPERT DISCOVERY**

## RECITALS

WHEREAS Plaintiffs' deadline to designate experts is December 23, 2010, Defendant's deadline to designate experts is February 10, 2011, rebuttal disclosures are due on March 10, 2011, and the expert discovery deadline is March 24, 2011.

WHEREAS, subject to approval by the Court the parties have agreed to the modification of the expert discovery schedule which provides plaintiffs an additional 7 days until December 30, 2010 to designate experts, Defendant's deadline to designate experts is extended by 7 days until February 17, 2011, Plaintiffs will have an additional day to file their rebuttal report until March 11, 2011, and the expert discovery deadline will be extended by one day to March 25, 2011.

WHEREAS the requested time modification would not have any other effect on the schedule for the case.

WHEREAS Plaintiffs previously filed an unopposed motion to extend each of the expert discovery deadlines by twenty (20) days, which the Court granted on November 30, 2010.

IT IS THEREFORE STIPULATED by and between the parties, acting through their counsel of record, that, subject to the Court's approval, Plaintiffs' deadline to designate experts is extended by 7 days until December 30, 2011, Defendant's deadline to designate experts is extended by 7 days until February 17, 2011, Plaintiffs will have an additional day until March 11, 2011 to make rebuttal disclosures, and the expert discovery deadline will be extended by one day to March 25, 2011.

[C 06-5866 SBA]
**JOINT STIPULATION and**
**[PROPOSED] ORDER FOR**
**EXTENSION OF EXPERT**
**DISCOVERY**

1

2          SO STIPULATED

3

Dated:        December 28, 2010

4

5

/s/ Nathaniel L. Orenstein                              /s/  Joseph Serino, Jr.

6

Joseph J. Tabacco, Jr. (75484)                          Joseph Serino, Jr.
7   Christopher T. Heffelfinger (118058)                   Andrew G. Horne
BERMAN DeVALERIO                                        Adam L. Fotiades
8   One California Street, Suite 900                        David S. Flugman
San Francisco, California 94104                              *All admitted pro hac vice*
9   Telephone:     (415) 433-3200                           KIRKLAND & ELLIS LLP
Facsimile:     (415) 433-6382                           601 Lexington Avenue
10                                                          New York, New York 10022
Manuel J. Dominguez (*pro hac vice*)                    Telephone:     (212) 446-4800
11   C. Oliver Burt, III                                     Facsimile:     (212) 446-4900
BERMAN DeVALERIO
12   4280 Professional Center Drive, Suite 350             -- *and* --
Palm Beach Gardens, Florida 33410
13   Telephone:     (561) 835-9400                          Elizabeth L. Deeley (230798)
Facsimile:     (561) 835-0322                          KIRKLAND & ELLIS LLP
14                                                          555 California Street
Nathaniel L. Orenstein (*pro hac vice*)                 San Francisco, California 94104
15   BERMAN DeVALERIO
1 Liberty Square
16   Boston, Massachusetts  02109                          *Attorneys for Defendant*
Telephone:     (617) 542-8300
17   Facsimile:     (617) 542-1194

18   Richard R. Wiebe (121156)
LAW OFFICE OF RICHARD R. WIEBE
19   One California Street, Suite 900
San Francisco, California 94111
20   Telephone:    (415) 439-1400
Facsimile:     (415) 439-1500
21
James K. Green
22   JAMES K. GREEN, P.A.
222 Lakeview Avenue, Suite 1650
23   West Palm Beach, Florida 33401

24   *Attorneys for Plaintiffs*

25

26

[C 06-5866 SBA]
27   **JOINT STIPULATION and**
**[PROPOSED] ORDER FOR**
28   **EXTENSION OF EXPERT**
**DISCOVERY**

**E-Filing Attestation**

I, Nathaniel L. Orenstein, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B, I hereby attest that the signatory identified below concurred in its filing.

 /s/Nathaniel L. Orenstein
Nathaniel L. Orenstein
(*Pro Hac Vice*)


KIRKLAND & ELLIS LLP

By:  /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
(*Pro Hac Vice*)

Joseph Serino, Jr.
Andrew G. Horne
David S. Flugman
Adam Fotiades
*all admitted pro hac vice*
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         jserino@kirkland.com
               ahorne@kirkland.com
               dflugman@kirkland.com
               afotiades@kirkland.com

Elizabeth L. Deeley
555 California Street
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
Email:         edeeley@kirkland.com

*Attorneys for AOL LLC*


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/27/10

THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

[C 06-5866 SBA]
**JOINT STIPULATION and
[PROPOSED] ORDER FOR
EXTENSION OF EXPERT
DISCOVERY**