Joseph Serino, Jr.
Andrew G. Horne
David S. Flugman
Adam L. Fotiades
    *All admitted pro hac vice*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*-- and --*

Elizabeth L. Deeley (No. 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

*Attorneys for Defendant AOL LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated,<br><br>   *Plaintiffs*,<br><br>   *v.*<br><br>AOL LLC,<br><br>   *Defendant*. | CASE NO. C 06-5866 (SBA) (JCS)<br><br>**JOINT STIPULATION AND ORDER** |

WHEREAS, Defendant AOL LLC's ("AOL") deadline to designate experts is February 17, 2011, Plaintiffs' deadline to make rebuttal disclosures is March 11, 2011, and the expert discovery deadline is March 25, 2011;

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-5866 (SBA) (JCS) - 1

WHEREAS, on January 31, 2011, this Court directed the parties to show cause why the remaining state law causes of action should not be dismissed without prejudice for lack of subject matter jurisdiction, and alternatively, why the Court should not decline to exercise supplemental jurisdiction over those causes of action, pursuant to 28 U.S.C. § 1367(c)(2) and (c)(3), in the absence of subject matter jurisdiction under 28 U.S.C. § 1332;

WHEREAS, in light of that order, the parties have agreed, subject to approval by the Court, to a modification of the expert discovery schedule that will extend AOL's deadline to designate experts until March 7, 2011, extend Plaintiffs' deadline to make their rebuttal disclosures until March 28, 2011, and extend the expert discovery deadline until April 8, 2011;

WHEREAS, the requested time modification will not have any other effect on the schedule for the case.

WHEREAS, Plaintiffs previously filed an unopposed motion to extend each of the expert discovery deadlines by twenty (20) days, which the Court granted on November 30, 2010;

WHEREAS, the parties previously submitted a joint stipulation further extending the expert discovery deadlines, which the Court granted on December 28, 2010;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, acting through their undersigned counsel of record, that, subject to the Court's approval, AOL's deadline to designate experts is extended until March 7, 2011, Plaintiffs' deadline to make their rebuttal disclosures is extended until

1  March 28, 2011, and the expert discovery deadline is extended until April 8, 2011.

2

3  Dated:  February 7, 2011

4

5   /s/ Manuel J. Dominguez                    /s/ Andrew G. Horne

6  Joseph J. Tobacco, Jr. (75484)              Joseph Serino, Jr.
   BERMAN DEVALERIO                            Andrew G. Horne
7  One California Street, Suite 900            Adam L. Fotiades
   San Francisco, California 94104             David S. Flugman
8  Telephone:    (415) 433-3200                    *All admitted pro hac vice*
   Facsimile:    (415) 433-6382                KIRKLAND & ELLIS LLP
9                                              601 Lexington Avenue
   Manuel J. Dominguez (*pro hac vice*)        New York, New York 10022
10 BERMAN DEVALERIO                            Telephone:    (212) 446-4800
   4280 Professional Center Drive, Suite 350   Facsimile:    (212) 446-4900
11 Palm Beach Gardens, Florida 33410
   Telephone:    (561) 835-9400                *-- and --*
12 Facsimile:    (561) 835-0322
                                               Elizabeth L. Deeley (230798)
13 Nathaniel L. Orenstein (*pro hac vice*)     KIRKLAND & ELLIS LLP
   BERMAN DEVALERIO                            555 California Street
14 1 Liberty Square                            San Francisco, California 94104
   Boston, Massachusetts 02109                 Telephone:    (415) 439-1400
15 Telephone:    (617) 542-8300                Facsimile:    (415) 439-1500
   Facsimile:    (617) 542-1194
16                                             *Attorneys for Defendant AOL LLC*
   Richard R. Wiebe (121156)
17 LAW OFFICE OF RICHARD R. WIEBE
   One California Street, Suite 900
18 San Francisco, California 94111
   Telephone:    (415) 439-1400
19 Facsimile:    (415) 439-1500

20 James K. Green
   JAMES K. GREEN, P.A.
21 222 Lakeview Avenue, Suite 1650
   West Palm Beach, Florida 33401
22 Telephone:    (561) 659-2029
   Facsimile:    (561) 655-1357
23
   *Attorneys for Plaintiffs*
24

25

26

27

28 JOINT STIPULATION AND [PROPOSED] ORDER
   CASE NO. C 06-5866 (SBA) (JCS) - 3

1

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

Dated:  2/9/11

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-5866 (SBA) (JCS) - 4

**E-Filing Attestation**

I, Andrew G. Horne, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B, I hereby attest that the signatory identified below concurred in its filing.

    /s/ Andrew G. Horne_____
Andrew G. Horne (*pro hac vice*)


BERMAN DEVALERIO

By:  \_/s/ Manuel J. Dominguez\_\_
      Manuel J. Dominguez (*pro hac vice*)

4280 Professional Center Drive, Suite 350
Palm Beach Gardens, Florida 33410
Telephone:     (561) 835-9400
Facsimile:     (561) 835-0322

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-5866 (SBA) (JCS) - 5