Joseph Serino, Jr.
Andrew G. Horne
David S. Flugman
Adam L. Fotiades
        *All admitted pro hac vice*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

*-- and --*

Elizabeth L. Deeley (No. 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

*Attorneys for Defendant AOL LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DOE 1, DOE 2, and KASADORE RAMKISSOON, on Behalf of Themselves and all other Persons Similarly Situated, | CASE NO. C 06-5866 (SBA) (JCS) |
| *Plaintiffs,* | **JOINT STIPULATION AND ORDER** |
| *v.* | |
| AOL LLC, | |
| *Defendant.* | |

WHEREAS, Defendant AOL LLC's ("AOL") deadline to designate experts is March 7, 2011, Plaintiffs' deadline to make rebuttal disclosures is March 28, 2011, and the expert discovery deadline is April 8, 2011;

WHEREAS, the deadline to file dispositive motions is May 3, 2011, with opposition briefs due on May 17, 2011, replies due on May 24, 2011, and the hearing on any such motions to be held on June 7, 2011.

WHEREAS, on January 31, 2011, this Court directed the parties to show cause why the remaining state law causes of action should not be dismissed without prejudice for lack of subject matter jurisdiction, and alternatively, why the Court should not decline to exercise supplemental jurisdiction over those causes of action, pursuant to 28 U.S.C. § 1367(c)(2) and (c)(3), in the absence of subject matter jurisdiction under 28 U.S.C. § 1332;

WHEREAS, on February 11, 2011, the parties filed separate memoranda of law in which both parties agreed that the Court no longer has original jurisdiction and should decline to exercise its discretion to assert supplemental jurisdiction over the remaining state law causes of action;

WHEREAS, the parties anticipate that the Court will dismiss the instant action without prejudice, to avoid additional costs while the Court's ruling is pending, the parties have agreed, subject to approval by the Court, to modify the expert discovery and summary judgment briefing schedules in the following manner:  AOL's deadline to designate experts will be extended to March 28, 2011, Plaintiffs' deadline to make their rebuttal disclosures will be extended to April 18, 2011, and the expert discovery deadline will be extended to April 29, 2011.  The deadline to file dispositive motions will be extended to May 24, 2011, with opposition briefs due on June 7, 2011, replies due on June 14, 2011, and the hearing on any such motions to be held on June 28, 2011.

WHEREAS, the requested time modifications will not have any other effect on the schedule for the case.

WHEREAS, Plaintiffs previously filed an unopposed motion to extend each of the expert discovery deadlines by twenty (20) days, which the Court granted on November 30, 2010;

WHEREAS, the parties previously submitted a joint stipulation further extending the expert discovery deadlines, which the Court granted on December 28, 2010;

1    WHEREAS, the parties previously submitted a joint stipulation further extending the expert

2  discovery deadlines, which the Court granted on February 9, 2011;

3    WHEREAS, the parties have not previously requested an extension to the dispositive motion

4  deadlines;

5    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, acting through their

6  undersigned counsel of record, that, subject to the Court's approval, (a) AOL's deadline to designate

7  experts is extended to March 28, 2011, Plaintiffs' deadline to make their rebuttal disclosures is extended to

8  April 18, 2011, and the expert discovery deadline is extended to April 29, 2011, and (b) the parties'

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-5866 (SBA) (JCS) - 3

1   deadline to file dispositive motions is extended to May 24, 2011, with opposition briefs due on June 7,

2   2011, replies due on June 14, 2011, and the hearing on any such motions shall be held on June 28, 2011.

3

4   Dated:  February 18, 2011

5    _/s/ Manuel J. Dominguez_                              /s/ Andrew G. Horne_____

6   Joseph J. Tobacco, Jr. (75484)                          Joseph Serino, Jr.
    BERMAN DEVALERIO                                        Andrew G. Horne
7   One California Street, Suite 900                        Adam L. Fotiades
    San Francisco, California 94104                         David S. Flugman
8   Telephone:    (415) 433-3200                                 *All admitted pro hac vice*
    Facsimile:    (415) 433-6382                            KIRKLAND & ELLIS LLP
9                                                           601 Lexington Avenue
    Manuel J. Dominguez (*pro hac vice*)                    New York, New York 10022
10  BERMAN DEVALERIO                                        Telephone:    (212) 446-4800
    4280 Professional Center Drive, Suite 350               Facsimile:    (212) 446-4900
11  Palm Beach Gardens, Florida 33410
    Telephone:    (561) 835-9400                            -- and --
12  Facsimile:    (561) 835-0322
                                                            Elizabeth L. Deeley (230798)
13  Nathaniel L. Orenstein (*pro hac vice*)                 KIRKLAND & ELLIS LLP
    BERMAN DEVALERIO                                        555 California Street
14  1 Liberty Square                                        San Francisco, California 94104
    Boston, Massachusetts 02109                             Telephone:    (415) 439-1400
15  Telephone:    (617) 542-8300                            Facsimile:    (415) 439-1500
    Facsimile:    (617) 542-1194
16                                                          *Attorneys for Defendant AOL LLC*
    Richard R. Wiebe (121156)
17  LAW OFFICE OF RICHARD R. WIEBE
    One California Street, Suite 900
18  San Francisco, California 94111
    Telephone:    (415) 439-1400
19  Facsimile:    (415) 439-1500

20  James K. Green
    JAMES K. GREEN, P.A.
21  222 Lakeview Avenue, Suite 1650
    West Palm Beach, Florida 33401
22  Telephone:    (561) 659-2029
    Facsimile:    (561) 655-1357
23
    *Attorneys for Plaintiffs*
24

25

26

27

28  JOINT STIPULATION AND [PROPOSED] ORDER
    CASE NO. C 06-5866 (SBA) (JCS) - 4

1

## **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated:  _2/22/11

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-5866 (SBA) (JCS) - 5

**E-Filing Attestation**

     I, Andrew G. Horne, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B, I hereby attest that the signatory identified below concurred in its filing.

             _/s/ Andrew G. Horne_____
             Andrew G. Horne (*pro hac vice*)


             BERMAN DEVALERIO

             By:  _/s/ Manuel J. Dominguez__
                   Manuel J. Dominguez (*pro hac vice*)

             4280 Professional Center Drive, Suite 350
             Palm Beach Gardens, Florida 33410
             Telephone:     (561) 835-9400
             Facsimile:     (561) 835-0322