FILED
MAY 19 2011
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KASADORE RAMKISSOON, on behalf of Themselves and all others similarly situated; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> AOL LLC, <br><br> Defendant - Appellee. | No. 11-15789 <br><br> D.C. No. 4:06-cv-05866-SBA <br> Northern District of California, Oakland <br><br> ORDER |

The parties have stipulated to the dismissal of this case under the Federal Rule of Appellate Procedure 42(b). The appeal is dismissed with prejudice.

Costs shall be allocated pursuant to the terms of the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

09MAY2011/LBS/Pro Mo